**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. ABEND and MARCIA F. ABEND,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-07459 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for hearing on February 23, 2007 at 9:00 a.m., on Defendants' motion to dismiss for failure to state a claim. The Court HEREBY ORDERS that Plaintiffs' opposition shall be due by January 5, 2007. Defendants' reply shall be due by January 19, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 12, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE